UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
:
GREGORY ELLIS,                             :     **NOTICE OF VOLUNTARY**
                                           :     **DISMISSAL**
                    Plaintiff,             :
                                           :     20 CV 1801 (FB) (PK)
        -against-                          :
                                           :
MICHAEL MCGINNIS, Superintendent,          :
Southport Correctional Facility;           :
LEONARD JOBLOVE; LINDA BREEN,              :
                                           :
                    Defendants.            :
                                           :
―――――――――――――――――――――X

     PLEASE TAKE NOTICE, that Plaintiff Gregory Ellis, by his attorney Rita Dave, hereby voluntarily dismisses this action, without court order, pursuant to Fed.R.Civ.P. 41 (a) (1) (A) (i).

Brooklyn, New York

November 18, 2020

_____
DAVE LAW PC
Rita Dave, Esq.
26 Court Street
Suite 1212
Brooklyn, New York 11242
(516) 782-1614
Email: ritadaveesq@gmail.com

*Attorney for Plaintiff Gregory Ellis*